COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:         Benson Dorsey v. State of Texas

Appellate case numbers:   01-18-00520-CR, 01-18-00521-CR, 01-18-00522-CR

Trial court case numbers: 1569925, 1570348, 1570349

Trial court:                         185th District Court of Harris County, Texas

Appellant Benson Dorsey filed a motion for en banc reconsideration of this Court's December 12, 2019 opinion. The motion for en banc reconsideration is **denied**.

It is so **ORDERED**.

Judge's signature: _____/s/ Peter Kelly_____
                    ☐Acting individually    ☑ Acting for the Court

En Banc Court consists of Chief Justice Radack, and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Justice Goodman, dissenting.

Date:  September 1, 2020